Alan G. Tippie (CA Bar No. 89587)
 *atippie@sulmeyerlaw.com*
Tamar Kouyoumjian (CA Bar No. 254148)
 *tkouyoumjian@sulmeyerlaw.com*
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone:  213.626.2311
Facsimile:  213.629.4520

Attorneys for Zolite A. Scott,
Debtor in Possession

FILED & ENTERED

JUL 27 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ZOLITE A. SCOTT,<br><br>Debtor in Possession. | Case No. 8:08-bk-13960 ES<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO FURTHER EXTEND EXCLUSIVITY PERIOD FOR FILING PLAN AND OBTAINING ACCEPTANCE OF PLAN**<br><br>DATE:  July 2, 2009<br>TIME:  10:30 p.m.<br>PLACE: U.S. Bankruptcy Court<br>           Courtroom 5A<br>           411 W. Fourth Street<br>           Santa Ana, CA  92701-4593 |

Zolite A. Scott ("Debtor"), the debtor and debtor in possession in the above-captioned case, moved this Court (the "Motion") for an order further extending the periods by which the Debtor has the exclusive right to file and seek confirmation of a plan in this case (the "Exclusivity Periods").  The Motion was brought in accordance with 11 U.S.C. § 1121(d), and was made on the ground that cause exists in this case to increase the Exclusivity Periods.  Debtor requested an extension of an additional 120 days from the current deadlines set by prior order of this Court.

An opposition (the "Opposition") to the Motion was filed by Bankers West Mortgage, to which the Debtor filed a Reply with supporting declaration.  A hearing on the

[AGT\BANKR\524746.2]

Motion was held on July 2, 2009, at 10:30 p.m., before this Court. Appearing at the hearing on behalf of the Debtor was Alan G. Tippie of **Sulmeyer**Kupetz, APC. Appearing on behalf of Bankers West Mortgage was Martin W. Phillips of the Law Offices of Martin W. Phillips.

The Court considered the Motion, the Opposition thereto and the Reply of the Debtor, and the waiver of the Debtor of the right to seek any further extensions. Having concluded that notice of the Motion was proper, and good cause appearing, it is hereby

**ORDERED** that the Opposition is overruled: and it is further

**ORDERED** that the Motion is granted such that:

1. The period referred to in 11 U.S.C. § 1121(c)(2), by which the Debtor has the exclusive right to file a plan shall be extended an additional 120 days, up to and including November 1, 2009;

2. The period referred to in 11 U.S.C. § 1121(c)(3), by which the Debtor has the right to obtain acceptance of her plan shall be extended an additional 120 days, up to and including February 1, 2010; and

3. No further extensions will be granted.

###

DATED: July 27, 2009



United States Bankruptcy Judge

[AGT\BANKR\524746.2]    - 2 -

| | |
|---|---|
| In re:<br>ZOLITE A. SCOTT,<br>Debtor. | CHAPTER 11<br>CASE NUMBER: 8:08-bk-13960 ES |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Sulmeyer**Kupetz, 333 S. Hope St., 35th Floor, Los Angeles, CA 90071-1406.

The foregoing document described **"ORDER GRANTING MOTION TO FURTHER EXTEND EXCLUSIVITY PERIOD FOR FILING PLAN AND OBTAINING ACCEPTANCE OF PLAN"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On July 2, 2009 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**Hon. Erithe Smith, U.S. Bankruptcy Judge, 411 W. Fourth St.,, #5041, Santa Ana, CA 92701**

**DEBTOR, Zolite A. Scott, 629 Alta Vista Way, Laguna Beach, CA 92651**

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 2, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

- Atty for Debtor - Alan G. Tippie, Esq.                           atippie@sulmeyerlaw.com
- Atty for Debtor - Tamar Kouyoumjian, Esq.              tkouyoumjian@sulmeyerlaw.com
- Frank Cadigan, Esq., Office of the U.S. Trustee          frank.cadigan@usdoj.gov
- Office of the United States Trustee                             ustpregion16.wh.ecf@usdoj.gov
- Atty for Bank of America - Jose A. Garcia, Esq.          ecfcacb@piteduncan.com
- Atty for Bank of America – Brian A. Paino, Esq.         ecfcacb@piteduncan.com
- Atty for America's Servicing Co. - Joe M. Lozano, Jr., Esq.   notice@NBSDefaultServices.com
- Atty for Bankers West Mortgage - Martin W. Phillips, Esq      marty.phillips@att.net
- Atty for America's Wholesale Lender - Lee S. Raphael, Esq.    cmartin@pprlaw.net
- Atty for National Bank of Arizona - Ronald D. Roup, Esq.      ecf@rouplaw.com
- Atty for Am. Express Centurion Bank - Gilbert B. Weisman II, Esq.   notices@becket-lee.com
- Atty for Carl & Cheryl Post - Janet E. Humphrey, Esq.         jhumphrey@sr-firm.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| In re:<br>ZOLITE A. SCOTT,<br>Debtor. | CHAPTER 11<br>CASE NUMBER: 8:08-bk-13960 ES |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 2, 2009 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

| In re:<br>ZOLITE A. SCOTT, | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER: 8:08-bk-13960 ES |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **"ORDER GRANTING MOTION TO FURTHER EXTEND EXCLUSIVITY PERIOD FOR FILING PLAN AND OBTAINING ACCEPTANCE OF PLAN'"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 2, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Atty for Debtor - Alan G. Tippie, Esq.    atippie@sulmeyerlaw.com
- Atty for Debtor - Tamar Kouyoumjian, Esq.    tkouyoumjian@sulmeyerlaw.com
- Frank Cadigan, Esq., Office of the U.S. Trustee    frank.cadigan@usdoj.gov
- Office of the United States Trustee    ustpregion16.wh.ecf@usdoj.gov
- Atty for Bank of America - Jose A. Garcia, Esq.    ecfcacb@piteduncan.com
- Atty for Bank of America – Brian A. Paino, Esq.    ecfcacb@piteduncan.com
- Atty for America's Servicing Co. - Joe M. Lozano, Jr., Esq.    notice@NBSDefaultServices.com
- Atty for Bankers West Mortgage - Martin W. Phillips, Esq    marty.phillips@att.net
- Atty for America's Wholesale Lender - Lee S. Raphael, Esq.    cmartin@pprlaw.net
- Atty for National Bank of Arizona - Ronald D. Roup, Esq.    ecf@rouplaw.com
- Atty for Am. Express Centurion Bank - Gilbert B. Weisman II, Esq.    notices@becket-lee.com

☐    Service information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Carl Post and Cheryl Post
c/o Janet E. Humphrey, Esq.
Songstad & Randall LLP
2201 Dupont Dr Ste 100
Irvine, CA 92612
jhumphrey@sr-firm.com

☒    Service information continued on attached page.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9021-1.1**

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| In re:<br>ZOLITE A. SCOTT,<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER: 8:08-bk-13960 ES |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**DEBTOR**
Zolite A. Scott
629 Alta Vista Way
Laguna Beach, CA 92651

America's Servicing
One Home Campus
BK PMT PROC
MAC#X2302-04C
Des Moines, IA 50328

America's Servicing Company
PO Box 829009
Dallas, TX 75382-9009

American Express
PO Box 0001
Los Angeles, CA 90096-0001

America's Wholesale Lender
c/o Countrywide Home Loans, Inc.
2270 Lakeside Boulevard - Mail Stop: RLS
Richardson, TX 75082

Bank of America NA
475 CrossPoint Pkwy
PO Box 9000
Getzville, NY 14068

Anthem Blue Cross
P.O. Box 70000
Van Nuys, CA 91470-0001

Bankers West Mortgage
c/o Fred James
303 Broadway, Ste 204
Laguna Beach, CA 92651

Bank of America NA
PO Box 26012
NC4 105 03 14
Greensboro NC 27420

Citimortgage, Inc.
PO Box 6006
The Lakes, NV 88901-6006

CitiMortgage, Inc.
PO Box 829009
Dallas, TX 75382-9009

Citicards - MC/Citi Prof/AAdvantage
Citibank Customer Service Ctr
PO Box 6000
The Lakes, NV 89163-6000

Chase Mastercard
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

CitiMortgage, Inc.
PO Box 829009
Dallas, TX 75382-9009

CitiMortgage
P.O. Box 790012
Saint Louis, MO 63179-0012

GMG Insurance Agency
939 Glenneyre St Ste B
Laguna Beach, CA 92651

Chase Bank USA
c/o Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

John K. Raines
27231 Calle Del Cid
Mission Viejo, CA 92691

Home Depot Credit Services
PO Box 6028
The Lakes, NV 88901-6028

Marcus Hernandez
245 Wallace Ave., Apt 6
Costa Mesa, CA 92627

Los Angeles Times
202 W. 1st Street
Los Angeles, CA 90012

Mortgage Electronic Reg Sys, Inc
c/o Countrywide Hme Loans Inc
400 Countrywide Way SV-35
Attn Foreclosure Dept
Simi Valley, CA 93065

Monterra Homeowners Association
c/o Thelander Management Co.
PO Box 368
Monterey, CA 93942-0368

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:<br>ZOLITE A. SCOTT,<br>Debtor. | CHAPTER 11<br><br>CASE NUMBER: 8:08-bk-13960 ES |
|---|---|

<div style="column-count:2">

National Default Servicing Corp
2525 East Camelback Rd., Ste 200
Phoenix, AZ 85016

Newport Cancer Care Med Assoc Inc
20162 SW Birch St Ste 200
Newport Beach, CA 92660

Paula Taylor Moore Design Group
6767 Brockton Ave
Riverside, CA 92506

Tehama
1 Tehama
Carmel, CA 93923-9592

Wells Fargo Bank, N.A.
c/o 1st American Loanstar Ttee Svcs
P.O. Box 961253
Fort Worth, TX 76161

Wells Fargo Bank, N.A.
P. O. Box 14469 MAC X2303-04G
Des Moines, IA 50306-9655

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles Street, Room 4062
Los Angeles, CA 90012-9903

Internal Revenue Service
M/S 5503
24000 Avila Rd
Laguna Niguel, CA 92677

Orange County Tax Assessor
P.O. Box 149
Santa Ana, CA 92702-0149

National Bank of Arizona
P.O. Box 80467
Phoenix, AZ 85060-0467

Newport Cancer Care Med Assoc Inc
4000 W Pacific Coast Hiway Ste C
Newport Beach, CA 92663-2742

Orange County Register
625 N. Grand Ave
Santa Ana, CA 92701

Recontrust Company
1757 Tapo Canyon Rd, SVW-88
Attn Miriam C Paez
Simi Valley, CA 93063

Tehama Golf Club
4 Tehama
Carmel, CA 93923-9592

Wells Fargo Bank, N.A.
PO Box 54780
Los Angeles, CA 90054-0780

Westcliff Medical Labs, Inc
1821 E Dyer Rd Ste 100
Santa Ana, CA 92705-5700

Dept of Treasury Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Monterey County Tax Assessor
PO Box 891
Salinas, CA 93902-0891

Orange County Treasurer-Tax Collector
POB 1438
Santa Ana, CA 92702-1438

</div>

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**