Claimant agrees to a different treatment.

The following chart lists all of the Debtor's estimated Administrative Claims and their respective treatment under the Plan:

| Name[3] | Allowed to Date | Total (Estimated or as Filed)[4] | Paid By Debtor to Date | Total Estimated Required to Be Paid | Treatment |
|---|---|---|---|---|---|
| SulmeyerKupetz, A Professional Corporation<br><br>General Bankruptcy Counsel to the Debtor | $0.00 | $350,000.00 | $0.00 | $350,000.00[5] | All unpaid fees and expenses allowed by the Court shall be paid in full on the later of: (a) the Effective Date; or (b) the fifth Business Day after the order allowing such Administrative Claim becomes a Final Order. |
| **Coast Sotheby's International Realty**<br><br>Real Estate Broker for the Debtor | $0.00 | $0.00 | $0.00 | $0.00 | In the event Claimant has any unpaid fees and expenses which are allowed by the Final Order of Court, the unpaid amounts shall be paid in full in accordance with the relevant listing agreement between the Debtor and Claimant approved by order of this Court entered June 4, 2009. |

---

[3] The Debtor may employ one or more additional professionals to address tax reporting and tax analysis issues.

[4] All fees and expenses of professionals employed by the Debtor in this Case are subject to approval by order of the Court.

[5] This is only an estimate and will change based upon the legal services required during this Case and upon what the Court ultimately awards. The Estate remains liable for all allowed legal fees and costs regardless of the estimates stated herein.

| Name[3] | Allowed to Date | Total (Estimated or as Filed)[4] | Paid By Debtor to Date | Total Estimated Required to Be Paid | Treatment |
|---|---|---|---|---|---|
| Apor Properties LLC<br><br>Consultant/Appraiser for the Debtor | $0.00 | $15,341.41 | $0.00 | $15,341.41 | All unpaid fees and expenses allowed by the Court shall be paid in full on the later of: (a) the Effective Date; or (b) the fifth Business Day after the order allowing such Administrative Claim becomes a Final Order. |
| Orange County Treasurer-Tax Collector<br><br>Type of Tax: Real property taxes for 2009-2010 tax year | $0.00 | $152,117.26 | $0.00 | $152,117.26 | Claimant will be paid its Allowed Administrative Tax Claim in full on the later of: (a) the Effective Date; or (b) the date such tax is due to be paid without delinquency or other penalty. |
| Clerk's Office<br><br>Fees | $0.00 | $250.00 | $0.00 | $250.00 | Paid in full before or on the Effective Date |
| Office of the United States Trustee<br><br>Fees | $0.00 | $650.00 | $0.00 | $650.00 | Paid in full before or on the Effective Date |

2.  Court Approval of Fees and Expenses Required

With respect to all professionals employed by the Estate, the Court must authorize the fees and expenses set forth above prior to payment of such fees and expenses. Each Administrative Claimant holding a Claim for fees and expenses for professional services rendered to the Estate must file and serve a properly noticed application for compensation and reimbursement of expenses, and the Court must rule on such application. Only the amount of fees and expenses authorized by the Court will be paid under the Plan.

The Debtor estimates that the total amount of professional fees and expenses it will need to pay is approximately $365,340.00, plus such additional fees and expenses that will be incurred by additional professionals the Debtor intends to employ to address tax-related issues. As discussed in Section II.D below, the Debtor will have sufficient funds to satisfy all Allowed Administrative Claims upon the sale of one or more of the Real Properties with the Net Proceeds of such sale or sales.

3.  Priority Tax Claims

Priority Tax Claims are certain unsecured income, employment, property and other taxes described by Bankruptcy Code section 507(a)(8). The Bankruptcy Code requires that each holder of such Priority Tax Claim receive the present value of such claim in deferred cash payments, over a period not exceeding five (5) years from the Petition Date. The following chart lists all of the Debtor's estimated Priority Tax Claims and their treatment under the Plan.

///
///
///
///
///
///
///
///

| Description | Claim Amount[6] (As Filed) | Treatment |
|---|---|---|
|  |  |  |

---

[6] Any Claim amounts set forth in this Plan shall not be construed as an admission that the Debtor concurs with such amounts and is subject to the Debtor's further review of and objection to (as is necessary) to any Claim. The Debtor expressly reserves the right to amend any of the Claim amounts set forth in this Plan.

| Description | Claim Amount[6] (As Filed) | Treatment |
|---|---|---|
| Internal Revenue Service<br><br>Type of Tax: Unsecured income taxes for tax years 2006 and 2007 | $4,328.82 | If it is determined that Claimant has an Allowed Priority Tax Claim, Claimant shall receive, in full satisfaction of such Allowed Priority Tax Claim, deferred Cash payments in the aggregate amount equal to the amount of the Allowed Priority Tax Claim, plus interest from the Confirmation Date on the unpaid balance of the Allowed Priority Tax Claim at a rate that complies with section 511(b) of the Bankruptcy Code.<br><br>Payment of the Allowed Priority Tax Claim shall be made in either a single payment or multiple equal quarterly payments such that the Allowed Priority Tax Claim is repaid within five years from the Petition Date. The single or first quarterly payment shall be due on the first Business Day of the calendar quarter following the later of: (a) the Effective Date; or (b) thirty (30) Business Days after the Court enters a Final Order allowing the Priority Tax Claim.<br><br>If the Reorganized Debtor does not have sufficient Net Proceeds to pay such Allowed Claim in full on the date the first payment is due, then the Reorganized Debtor shall continue to make quarterly payments to the holder of such Allowed Claim provided there are sufficient Net Proceeds to make such payment(s). |

## C. Classified Claims and Interests

1. Classes of Secured Claims

Secured Claims are Claims secured by Liens on Property of the Estate. The following chart lists the classes containing the Debtor's Secured Claims and their respective treatment under the Plan:

| Class No. | Description | Insiders (Y/N) | Impaired (Y/N) | Treatment |
|---|---|---|---|---|
| 1-a | Orange County Treasurer-Tax Collector,<br><br>Real property taxes for pre-2009-10 tax years<br><br>• Collateral: Brooks Property<br><br>• Estimated Collateral Value: $1,000,000.00<br><br>• Total Amount of Claim (Approx.): $4,475.29 | N | N | Claimant shall receive payment of the amount of real property taxes for which the Debtor is obligated to pay on account of the Real Property securing such tax obligation (the "Real Property Tax Obligation"): (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

| | | | | | |
|---|---|---|---|---|---|
| 1-b | Orange County Treasurer-Tax Collector,<br><br>Real property taxes for pre-2009-10 tax years<br><br>• Collateral: Real Property at 31162 Ceanothus St., Laguna Beach, CA (APN 056-051-68)<br><br>• Estimated Collateral Value: $500,000.00<br><br>• Total Amount of Claim (Approx.): $150.36 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-c | Orange County Treasurer-Tax Collector,<br><br>Real property taxes for pre-2009-10 tax years<br><br>• Collateral: Real Property at 31180 Ceanothus St., Laguna Beach, CA (APN 056-051-76)[7]<br><br>• Estimated Collateral Value: $2,300,000.00<br><br>• Total Amount of Claim (Approx.): $247.94 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-d | Orange County Treasurer-Tax Collector,<br><br>Real property taxes for pre-2009-10 tax years<br><br>• Collateral: Ceanothus Property<br><br>• Estimated Collateral Value: $7,000,000.00<br><br>• Total Amount of Claim (Approx.): $1,925.55 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-e | Orange County Treasurer-Tax Collector,<br><br>Real property taxes for pre- | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real |

---

[7] The proof of claim filed by the Orange County Treasurer lists APN 056-151-76. The Debtor assumes this Claim for real property taxes relates to the Real Property at 31180 Ceanothus St., Laguna Beach, CA (APN 056-051-76). The Debtor reserves the right to amend the information in this sub-class as is necessary upon further examination.

[TKOUYOUMJIAN\MTN\527132.9]                    17

| | | | | |
|---|---|---|---|---|
| | | 2009-10 tax years<br>• **Collateral**: 31152 Ceanothus St., Laguna Beach, CA (APN 056-051-84)<br>• **Estimated Collateral Value**: $2,200,000.00<br>• **Total Amount of Claim** (Approx.): $191.26 | | | Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lprior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| | 1-f | **Orange County Treasurer-Tax Collector**,<br>Real property taxes for pre-2009-10 tax years<br>• **Collateral**: Alta Vista Property<br>• **Estimated Collateral Value**: $3,750,000.00<br>• **Total Amount of Claim** (Approx.): $11,583.00 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| | 1-g | **Orange County Treasurer-Tax Collector**,<br>Real property taxes for pre-2009-10 tax years<br>• **Collateral**: Marilyn Property<br>• **Estimated Collateral Value**: $1,800,000.00<br>• **Total Amount of Claim** (Approx.): $12,796.20 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| | 1-h | **Orange County Treasurer-Tax Collector**,<br>Real property taxes for pre-2009-10 tax years<br>• **Collateral**: 34382 Green Lantern St., Dana Point, CA – Lot 67 (APN 672-234-01)<br>• **Estimated Collateral Value**: $2,800,000.00<br>• **Total Amount of Claim** (Approx.): $56,403.23 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| | 1-i | **Orange County Treasurer-Tax Collector**,<br>Real property taxes for pre-2009-10 tax years | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives |

| | | | | |
|---|---|---|---|---|
| | • Collateral: 34396 Green Lantern St., Dana Point, CA – Lot 9 (APN 672-234-02)<br>• Estimated Collateral Value: $3,500,000.00<br>• Total Amount of Claim (Approx.): $44,853.90 | | | sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-j | Orange County Treasurer-Tax Collector,<br>Real property taxes for pre-2009-10 tax years<br>• Collateral: Green Lantern Lot 8 Property<br>• Estimated Collateral Value: $4,500,000.00<br>• Total Amount of Claim (Approx.): $47,517.10 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-k | Orange County Treasurer-Tax Collector,<br>Real property taxes for pre-2009-10 tax years<br>• Collateral: Green Lantern Lot 1 Property<br>• Estimated Collateral Value: $4,500,000.00<br>• Total Amount of Claim (Approx.): $27,357.62 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-l | Orange County Treasurer-Tax Collector,<br>Real property taxes for pre-2009-10 tax years<br>• Collateral: Green Lantern Lot 2 Property<br>• Estimated Collateral Value: $4,500,000.00<br>• Total Amount of Claim (Approx.): $41,307.35 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-m | Orange County Treasurer-Tax Collector,<br>Real property taxes for pre-2009-10 tax years<br>• Collateral: 31142 Ceanothus St., Laguna Beach, CA (APN 056-051- | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation. |

| # | Claimant / Description | | | Treatment |
|---|---|---|---|---|
| 1-n (cont.) | 85)<br>• Estimated Collateral Value: $1,000,000.00<br>• Total Amount of Claim (Approx.): $191.28 | | | To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-n | Orange County Treasurer-Tax Collector,<br>Real property taxes for pre-2009-10 tax years<br>• Collateral: Juanita Property<br>• Estimated Collateral Value: $1,000,000.00<br>• Total Amount of Claim (Approx.): $7,685.94 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 1-o | Orange County Treasurer-Tax Collector,<br>Real property taxes for pre-2009-10 tax years<br>• Collateral: APN 641-281-09[8]<br>• Estimated Collateral Value: $14,500,000.00<br>• Total Amount of Claim (Approx.): $10,305.31 | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale of such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any Secured Lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 2 | Monterey County Tax Assessor<br>Real property taxes for pre-2009-10 tax years<br>• Collateral: Tehama Property[9] | N | N | Claimant shall receive payment of the amount of the Real Property Tax Obligation: (a) upon the closing of the sale such Real Property; or (b) if such Real Property is not sold within five years from the Petition Date, when the Reorganized Debtor receives sufficient Net Proceeds to pay the Real Property Tax |

---

[8] This APN on the proof of claim filed by the Orange County Treasurer does not match any APN known to the Debtor. The Debtor assumes this asserted Claim for real property taxes relates to the Loma Terrace Properties and the Mystic Way Property designated with the following APNs, respectively: (1) 641-281-11; (2) 641-281-12; (3) 641-281-13; and (4) APN 641-281-10. The Debtor reserves the right to amend the information in this sub-class as is necessary upon further examination.

[9] This APN on the proof of claim filed by the Monterey County Tax Assessor does not match any APN known to the Debtor. The Debtor assumes this asserted Claim for real property taxes relates to the Tehama Property designated with the APN 169-421-22. The Debtor reserves the right to amend the information in this Class as is necessary upon further examination.

{TKOUYOUMJIAN\MTN\527132.9}    20

| | | | | |
|---|---|---|---|---|
| | • Estimated Collateral Value: $4,650,00.00<br><br>Total Amount of Claim (Approx.): $16,848.49 | | | Obligation.<br><br>To the extent the Real Property securing the Real Property Tax Obligation is foreclosed upon by any secured lender prior to either of the foregoing dates, the Reorganized Debtor will not pay the Real Property Tax Obligation associated with the applicable Real Property. |
| 3 | **Secured Claim of Bankers West and/or Carl and Cheryl Post**<br><br>• **Collateral**: Bankers Blanket Properties<br><br>• **Estimated Collateral Value (Aggregate)**: $39,000,000.00<br><br>• **Lien Priority**: Blanket lien (the "Bankers Blanket Lien") as follows:<br><br>   o First position on the following Bankers Blanket Properties: (a) 31162 Ceanothus St., Laguna Beach, CA (APN 056-051-68); (b) 31164 Ceanothus St., Laguna Beach, CA (APN 056-051-74); (c) 31180 Ceanothus St., Laguna Beach, CA (APN 056-151-76); (d) 31174 Ceanothus St., Laguna Beach, CA (APN 056-051-83); (e) 31152 Ceanothus St., Laguna Beach, CA (APN 056-051-84); (f) 500 Mystic Way, Laguna Beach, CA (APN 641-281-10); (g) 302 Loma Terrace (APN 641-281-11); (h) 306 Loma Terrace (APN 641-281-12); (i) 308 Loma Terrace (APN 641-281-13); (j) 34382 Green Lantern St., Dana Point, CA – Lot 67 (APN 672-234-01); (k) 34396 Green Lantern St., Dana Point, CA – Lot 9 (APN 672-234-02); and (l) 31142 Ceanothus St., Laguna Beach, CA (APN 056-051-85)<br><br>   o Third position on | N | Y | • The maturity date of the Bankers Blanket Loan shall be extended for two years following the Effective Date<br><br>• Interest shall continue to accrue on the Bankers Blanket Loan at the rate of ___% per annum, with the specific rate to be provided by the Debtor prior to the hearing on the approval of the Disclosure Statement<br><br>• The Reorganized Debtor shall attempt to sell any or all of the Bankers Blanket Properties subject to order of the Court under sections 363 and 1129(b)(2)(A), which order may be procured by stipulation between the Reorganized Debtor and all Secured Lenders with Liens on the subject Real Property or, absent such stipulation, by motion filed with the Court<br><br>• No later than thirty (30) days prior to the Confirmation Hearing, the Debtor shall file with the Court and serve on all Secured Lenders a schedule setting forth, as to each Real Property, the deadline by which the Reorganized Debtor must close the sale of such Real Property (the "Sale Deadline"). In the event the Reorganized Debtor is unable to close the sale of any of the Bankers Blanket Properties by its respective Sale Deadline, the Secured Lender shall have relief from the automatic stay and/or any injunction created under section 1141 of the Bankruptcy Code to proceed with any foreclosure of its interest on such Real Property under applicable law. The Sale Deadline for any Real Property may be extended pursuant to written agreement between the Reorganized Debtor and each of the Secured Lenders with Liens on such Real Property without further Court order. |

[TKOUYOUMJIAN\MTN\527132.9]     21

| # | | | | |
|---|---|---|---|---|
| | Ceanothus Property<br>• Total Amount of Claim (Approx.): $6,180,402.80[10] (as filed)<br>• Current Maturity Date: June 1, 2008 | | | |
| 4 | Secured Claim of Bankers West<br>• Collateral: Juanita Property<br>• Estimated Collateral Value: $1,000,000.00<br>• Lien Priority: First<br>• Total Amount of Claim (Approx.): $273,859.29 (as filed)<br>• Current Maturity Date: January 1, 2010 | N | Y | • The maturity date of the Bankers Juanita Loan shall be extended for two years following the Effective Date<br>• The Reorganized Debtor shall cure any default under the Bankers Juanita Loan on the Effective Date upon which the Bankers Juanita Loan shall be reinstated at the rate of ___% per annum, with the specific rate to be provided by the Debtor prior to the hearing on the approval of the Disclosure Statement<br>• The Reorganized Debtor shall attempt to sell the Juanita Property subject to order of the Court under sections 363 and 1129(b)(2)(A), which order may be procured by stipulation between the Reorganized Debtor and all Secured Lenders with Liens on the subject Real Property or, absent such stipulation, by motion filed with the Court<br>• No later than thirty (30) days prior to the Confirmation Hearing, the Debtor shall file with the Court and serve on all Secured Lenders a schedule setting forth, as to each Real Property, the Sale Deadline by which the Reorganized Debtor must close the sale of such Real Property. In the event the Reorganized Debtor is unable to close the sale of the Juanita Property by its Sale Deadline, the Secured Lender shall have relief from the automatic stay and/or any injunction created under section 1141 of the Bankruptcy Code to proceed with any foreclosure of its interest on such Real Property under applicable law. The Sale Deadline for any Real Property may be extended pursuant to written agreement between the Reorganized Debtor and each of the Secured Lenders with Liens on such Real Property without further Court order. |
| 5 | Secured Claim of Bankers West<br>• Collateral: Brooks Property<br>• Estimated Collateral Value: $1,000,000.00<br>• Lien Priority: First<br>• Total Amount of Claim (Approx.): $272,850.17 (as | N | Y | • The maturity date of the Bankers Brooks Loan shall be extended for two years following the Effective Date<br>• The Reorganized Debtor shall cure any default under the Bankers Brooks Loan on the Effective Date upon which the Bankers Brooks Loan shall be reinstated at the rate of ___% per annum, with the specific rate to be provided by the Debtor prior to the hearing on the approval of the Disclosure Statement<br>• The Reorganized Debtor shall attempt to sell the |

---

[10] Carl Post and Cheryl Post claim to hold a 71.38% interest in the Bankers Blanket Loan.