| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Wright, Finlay & Zak, LLP<br>Donna L. La Porte, Esq., SBN 93428<br>Nichole L. Glowin, Esq., SBN 262932<br>4665 MacArthur Court, Ste 280<br>Newport Beach, CA 92660<br>(949)477-5050; Fax: (949)477-9200<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant, NATIONAL BANK OF ARIZONA, et.al.* | **FILED & ENTERED**<br><br>**SEP 14 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT<br><br>                                                                                Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 08-13960-ES |
|---|---|
| | DATE: 9/7/10<br>TIME: 9:30 AM<br>CTRM: 5A<br>FLOOR: 5th |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: <u>NATIONAL BANK OF ARIZONA, its successors and/or assigns</u>)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address: 8180 Vista Monterra*
   *Apartment/Suite No.:*
   *City, State, Zip Code: Monterey, CA 93940*

   Legal description or document recording number (including county of recording):

   ☒ See attached page.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)(A)    ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                          **F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 4 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
   d. ☐ See attached continuation page for additional provisions

**###**

DATED: September 14, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 5 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

**(NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described **Order Granting Motion for Relief from the Automatic Stay** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   9/10/10    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Suite 5041 / Courtroom 5A
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/10/10 | Jennifer Nguyen | /s/ Jennifer Nguyen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION:**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 6 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

**DEBTOR:**
Zolite A. Scott
629 Alta Vista Way
Laguna Beach, CA 92651

**COUNSEL FOR DEBTOR:**
Alan G. Tippie
Tamar Kouyoumjian
SulmeyerKupetz
333 S Hope St., 35th Floor
Los Angeles, CA 90071

**CHAPTER 11 TRUSTEE:**
Weneta M. Kosmala
P.O. Box 16279
Irvine, CA 92623

**COUNSEL FOR CHAPTER 11 TRUSTEE:**
Dean G. Rallis Jr
Tamar Kouyoumjian
SulmeyerKupetz
333 S Hope St., 35th Floor
Los Angeles, CA 90071

**UNITED STATES TRUSTEE:**
United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

**COUNSEL FOR UNITED STATES TRUSTEE:**
Frank Cadigan
Michael J Hauser
411 W 4th St Ste 9041
Santa Ana, CA 92701

**ALL OTHER INTERESTED PARTIES:**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 7 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

America's Servicing Company
c/o Joe M. Lozano, Jr.
Vander Linden & Wernick P.C.
9441 LBJ Freeway, Ste. 350
Dallas, TX 75243

America's Servicing
One Home Campus
BK PMT PROC
MAC#X2302-04C
Des Moines, IA 50328-0001

America's Wholesale Lender
c/o Lee S. Raphael
20750 Ventura Blvd., Ste. 100
Woodland Hills, CA 91364

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

American Express Centurion Bank
c/o Gilbert B. Weisman, II
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Anthem Blue Cross
P.O. Box 70000
Van Nuys, CA 91470-001

BAC Home Loan Servicing, L.P.
c/o Cassandra J. Richey and David F. Makkabi
Polk Prober & Raphael ALC
20750 Ventura Blvd., Ste. 100
Woodland Hills, CA 91364


Bank of America, N.A.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 8 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

c/o Joe M. Lozano, Jr.
Vander Linden & Wernick PC
9441 LBJ Freeway, Ste. 350
Dallas, TX 75243

Bank of America, N.A.
c/o Edward T. Weber
Routh, Crabtree Olsen, PS
505 N. Tustin, Ave., Suite 243
Santa Ana, CA 92705-3735

Bank of America Mortgage, as servicing agent
c/o Brian A. Paino and Jose A. Garcia
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-7921

Bankers West Mortgage
c/o David B. Lally
26895 Aliso Creek Rd., Ste B663
Aliso Viejo, CA 92656

Bankers West Mortgage
c/o Martin W. Phillips
Lane & Phillips
8180 E. Kaiser Blvd., Ste. 100
Anaheim Hills, CA 92808

Canada Woods, LLC
c/o Thomas R. Duffy
Duffy and Guenther, LLP
149 Bonifacio Pl.
Monterey, CA 93940

Chase Bank, USA
c/o Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132

Chase Mastercard

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 9 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

Citicards-MC/Citi Prof/Advantage
Citibank Customer Service Center
P.O. Box 6000
The Lakes, NV 89163-0001

Citimortgage, Inc.
c/o Joe M. Lozano, Jr.
Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Ste 350
Dallas, TX 75243

Carl and Cheryl Post
c/o Martin W. Phillips
Law Offices of Martin W. Phillips
8180 E. Kaiser Blvd., Ste. 100
Anaheim Hills, CA 92808

Carl and Cheryl Post
c/o Sonstad and Randall, LLP
2201 Dupont Drive, Ste. 100
Irvine, CA 92612

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

GMG Insurance Agency
939 Genneyre Street, Suite B
Laguna Beach, CA 92651-2716

Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901-6028

Internal Revenue Services

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 10 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

24000 Avila Road, M/A 5503
Laguna Niguel, CA 92677-3407

John K. Raines
27231 Calle Del Cid
Mission Viejo, CA 92691-6206

Los Angeles Times
202 W. 1st Street
Los Angeles, CA 90012-4105

Mark Scott
c/o D. Edward Hays
Marshack Hays, LLP
5410 Trabuco Rd., Ste. 130
Irvine, CA 92620

Marcus Hernandez
245 Wallace Ave., Apt. #6
Costa Mesa, CA 92627

Monterey County Tax Assessor
P.O. Box 891
Salinas, CA 93902-0891

Monterra Homeowner's Associations
c/o Thelander Management Co.
P.O. Box 368
Monterey, CA 93942-0368

Mortgage Electronic Registration Systems, Inc.
c/o Countrywide Home Loans Inc.
400 Countrywide Way, SV-35
Simi Valley, CA 93065-0792
ATTN: Foreclosure Dept.

National Default Servicing Corp.
2525 East Cambelback Road, Suite 200
Phoenix, AZ 85016-4224

Newport Cancer Care Med. Assoc. Inc.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 11 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

20162 SW Birch Street, Suite 200
Newport Beach, CA 92660-0792

OUST-LA
725 Figueroa Street, 26th Floor
Los Angeles, CA 90017-5524

Orange County Register
625 N. Grand Avenue
Santa Ana, CA 92701-4347

Orange County Tax Assessor
P.O. Box 149
Santa Ana, CA 92702-0149

Orange County Treasure-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Paula Taylor Moore Design Group
6767 Brockton Ave.
Riverside, CA 92506-3023

Real Time Resolutions Inc.
1750 Regal Row, Suite 120
Dallas, TX 75235

Reconstruct Company
Attn: Miriam C. Paez
1757 Tapo Canyon Rd., SVW-88
Simi Valley, CA 93063-3391

Roundup Funding, LLC
c/o Linh K. Tran
2101 Fourth Ave., Ste. 1030
Seattle, WA 98121

Tehama
1 Tehama
Carmel, CA 93923-9592

Tehama Golf Club

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 12 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

4 Tehama
Carmel, CA 93923-9622

Verizon California, Inc.
404 Brock Drive
Bloomington, IL 61701-2654

Wells Fargo Bank, N.A.
P.O. Box 14469, MAC X2303-04G
Des Moines, IA 50306-3469

Wells Fargo Bank, N.A.
P. O. Box 54780
Los Angeles, CA 90054-0780

Wells Fargo Bank, N.A.
c/o 1st American Loan Start Trustee Services
P. O. Box 961253
Fort Worth, TX 76161-0253

Westcliff Medical Labs, Inc.
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705-5700

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 13 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting Motion for Relief on the Automatic Stay**_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 9/13/10____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Frank Cadigan    frank.cadigan@usdoj.gov
Nichole Glowin    nglowin@wrightlegal.net, bkgroup@wrightlegal.net
Michael J Hauser    michael.hauser@usdoj.gov
Weneta M Kosmala (TR)    Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com;wkosmala@kosmalalaw.com;dfitzger@kosmalalaw.com;kgeorge@kosmalalaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Alan G Tippie    atippie@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
Dean G Rallis Jr    drallis@sulmeyerlaw.com
Tamar Kouyoumjian    tkouyoumjian@sulmeyerlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Zolite A. Scott**
629 Alta Vista Way
Laguna Beach, CA 92651

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 14 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

# SERVICE LIST
In re Zolite Scott, Debtor
Case No. 08-13960-ES

**COUNSEL FOR DEBTOR:**
Alan G. Tippie
Tamar Kouyoumjian
SulmeyerKupetz
333 S Hope St., 35th Floor
Los Angeles, CA 90071

**CHAPTER 11 TRUSTEE:**
Weneta M. Kosmala
P.O. Box 16279
Irvine, CA 92623

**COUNSEL FOR CHAPTER 11 TRUSTEE:**
Dean G. Rallis Jr
Tamar Kouyoumjian
SulmeyerKupetz
333 S Hope St., 35th Floor
Los Angeles, CA 90071

**UNITED STATES TRUSTEE:**
United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

**COUNSEL FOR UNITED STATES TRUSTEE:**
Frank Cadigan
Michael J Hauser
411 W 4th St Ste 9041
Santa Ana, CA 92701

**ALL OTHER INTERESTED PARTIES:**
America's Servicing Company
c/o Joe M. Lozano, Jr.
Vander Linden & Wernick P.C.
9441 LBJ Freeway, Ste. 350
Dallas, TX 75243

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 15 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

America's Servicing
One Home Campus
BK PMT PROC
MAC#X2302-04C
Des Moines, IA 50328-0001

America's Wholesale Lender
c/o Lee S. Raphael
20750 Ventura Blvd., Ste. 100
Woodland Hills, CA 91364

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001

American Express Centurion Bank
c/o Gilbert B. Weisman, II
Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Anthem Blue Cross
P.O. Box 70000
Van Nuys, CA 91470-001

BAC Home Loan Servicing, L.P.
c/o Cassandra J. Richey and David F. Makkabi
Polk Prober & Raphael ALC
20750 Ventura Blvd., Ste. 100
Woodland Hills, CA 91364


Bank of America, N.A.
c/o Joe M. Lozano, Jr.
Vander Linden & Wernick PC
9441 LBJ Freeway, Ste. 350
Dallas, TX 75243

Bank of America, N.A.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 16 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

c/o Edward T. Weber
Routh, Crabtree Olsen, PS
505 N. Tustin, Ave., Suite 243
Santa Ana, CA 92705-3735

Bank of America Mortgage, as servicing agent
c/o Brian A. Paino and Jose A. Garcia
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-7921

Bankers West Mortgage
c/o David B. Lally
26895 Aliso Creek Rd., Ste B663
Aliso Viejo, CA 92656

Bankers West Mortgage
c/o Martin W. Phillips
Lane & Phillips
8180 E. Kaiser Blvd., Ste. 100
Anaheim Hills, CA 92808

Canada Woods, LLC
c/o Thomas R. Duffy
Duffy and Guenther, LLP
149 Bonifacio Pl.
Monterey, CA 93940

Chase Bank, USA
c/o Weinstein and Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121-3132


Chase Mastercard
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

Citicards-MC/Citi Prof/Advantage
Citibank Customer Service Center

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 17 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

P.O. Box 6000
The Lakes, NV 89163-0001

Citimortgage, Inc.
c/o Joe M. Lozano, Jr.
Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Ste 350
Dallas, TX 75243

Carl and Cheryl Post
c/o Martin W. Phillips
Law Offices of Martin W. Phillips
8180 E. Kaiser Blvd., Ste. 100
Anaheim Hills, CA 92808

Carl and Cheryl Post
c/o Sonstad and Randall, LLP
2201 Dupont Drive, Ste. 100
Irvine, CA 92612

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

GMG Insurance Agency
939 Genneyre Street, Suite B
Laguna Beach, CA 92651-2716

Home Depot Credit Services
P.O. Box 6028
The Lakes, NV 88901-6028

Internal Revenue Services
24000 Avila Road, M/A 5503
Laguna Niguel, CA 92677-3407

John K. Raines
27231 Calle Del Cid
Mission Viejo, CA 92691-6206

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 18 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

Los Angeles Times
202 W. 1st Street
Los Angeles, CA 90012-4105

Mark Scott
c/o D. Edward Hays
Marshack Hays, LLP
5410 Trabuco Rd., Ste. 130
Irvine, CA 92620

Marcus Hernandez
245 Wallace Ave., Apt. #6
Costa Mesa, CA 92627

Monterey County Tax Assessor
P.O. Box 891
Salinas, CA 93902-0891

Monterra Homeowner's Associations
c/o Thelander Management Co.
P.O. Box 368
Monterey, CA 93942-0368

Mortgage Electronic Registration Systems, Inc.
c/o Countrywide Home Loans Inc.
400 Countrywide Way, SV-35
Simi Valley, CA 93065-0792
ATTN: Foreclosure Dept.

National Default Servicing Corp.
2525 East Cambelback Road, Suite 200
Phoenix, AZ 85016-4224

Newport Cancer Care Med. Assoc. Inc.
20162 SW Birch Street, Suite 200
Newport Beach, CA 92660-0792

OUST-LA
725 Figueroa Street, 26th Floor
Los Angeles, CA 90017-5524

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 19 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

Orange County Register
625 N. Grand Avenue
Santa Ana, CA 92701-4347

Orange County Tax Assessor
P.O. Box 149
Santa Ana, CA 92702-0149

Orange County Treasure-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Paula Taylor Moore Design Group
6767 Brockton Ave.
Riverside, CA 92506-3023

Real Time Resolutions Inc.
1750 Regal Row, Suite 120
Dallas, TX 75235

Reconstruct Company
Attn: Miriam C. Paez
1757 Tapo Canyon Rd., SVW-88
Simi Valley, CA 93063-3391

Roundup Funding, LLC
c/o Linh K. Tran
2101 Fourth Ave., Ste. 1030
Seattle, WA 98121

Tehama
1 Tehama
Carmel, CA 93923-9592

Tehama Golf Club
4 Tehama
Carmel, CA 93923-9622

Verizon California, Inc.
404 Brock Drive
Bloomington, IL 61701-2654

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 20 of 6

| In re: ZOLITE A. SCOTT aka ZOLITA A. SCOTT | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-13960-ES |

Wells Fargo Bank, N.A.
P.O. Box 14469, MAC X2303-04G
Des Moines, IA 50306-3469

Wells Fargo Bank, N.A.
P. O. Box 54780
Los Angeles, CA 90054-0780

Wells Fargo Bank, N.A.
c/o 1st American Loan Start Trustee Services
P. O. Box 961253
Fort Worth, TX 76161-0253

Westcliff Medical Labs, Inc.
1821 E. Dyer Rd., Suite 100
Santa Ana, CA 92705-5700

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.RP**